UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YONY SOSA,

                                                      **Plaintiff**,                                                        20-CV-5201 (JPO)(SN)

                     -against-                                                                 **ORDER**

EBTH.COM LLC,

                                                 **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on July 27, 2020. According to the docket, service was executed upon the defendant on July 14, 2020, and defendant's answer was due August 4, 2020. To date, defendant has not appeared.

    Plaintiff is therefore ORDERED to move for default or otherwise inform the Court how the prosecution of this case ought to proceed by no later than August 26, 2020.

**SO ORDERED.**

                                                                                    _____
                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:      August 12, 2020
                 New York, New York